**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**JOHN BARBIANI,**

                Plaintiff,         20-cv-7802 (JGK)

    - against -              <u>ORDER</u>

**COMMISSIONER OF SOCIAL SECURITY,**

                Defendant.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Government should explain by February 5, 2021, why the Administrative Record in the case has not been filed.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **January 26, 2021**         <u>/s/ John G. Koeltl</u>
                                            **John G. Koeltl**
                                    **United States District Judge**